# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                       CASE NO. 4:99cr71-RH/WCS
                                                                          4:06cv11-RH/WCS

LAWRENCE LOMBARDI,

    Defendant.

_____/

## ORDER DENYING SUCCESSIVE §2255 MOTION

Defendant was convicted in a jury trial and sentenced in accordance with law. The judgment was affirmed on appeal. He moved for relief under 28 U.S.C. §2255. The motion was denied. Both this court and the Court of Appeals denied defendant's application for a certificate of appealability.

Defendant now has filed another motion seeking relief from his conviction under §2255. The motion is before the court on the magistrate judge's report and recommendation (document 192) and the objections thereto (document 197). I have reviewed *de novo* the issues raised by the objections.

Defendant labels the motion "non-successive," but this is defendant's second §2255 motion, and it is plainly a second or successive motion. Because defendant

has not obtained authorization from the Court of Appeals to file a second or successive motion, this court lacks jurisdiction to consider the motion on the merits. Moreover, as the report and recommendation correctly observes, defendant's contentions on the merits already were rejected in connection with the first §2255 motion (and attendant motion for new trial).

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for relief from his conviction under 28 U.S.C. §2255 (document 190) is DENIED.

SO ORDERED this 17th day of February, 2006.

s/Robert L. Hinkle  
Chief United States District Judge
