Office of the Clerk                              5/19/21
RE: Case No. 4:99 CR71

On November 19, 2020 a Resentencing Hearing via Zoom was held. The Court stated that I was to be refunded $80.00 & deposited into my account. It has been 6 months & I still have not received a check in that amount. Please look into this matter. All BOP monetary instruments are to be sent as follows:

Lawrence Lombardi
Reg No. 11378-017
P.O. Box 474701
Des Moines, IA 50947-0001

Thank you,
Lawrence Lombardi

FILED USDC FLND TL
MAY 21 '21 PM2:03

LAWRENCE LOMBARDI
11378-017
Federal Correctional Institute Jesup
2680 Hwy 301 South
Jesup, GA 31599

JACKSONVILLE FL 320
19 MAY 2021 PM 4 L



MAY 1 2021

11378-017
Us Courthouse
Office of the Clerk
111 N Adams ST
Tallahassee, FL 32301
United States

32301-773699